IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 12-0367 |
| MICHAEL A. SLADE, JR. | : | |
| COURTENEY L. KNIGHT | : | |

## O R D E R

**AND NOW**, this 3rd day of July, 2013, upon consideration of Defendant Michael A. Slade, Jr.'s Motion to Inspect Grand Jury Minutes and/or be Provided with Certain Related Documents (ECF No. 69), and Defendant Dr. Courteney L. Knight's Motion to Inspect Jury Minutes and/or be Provided with Certain Related Documents (ECF No. 70), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**