IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA     :
      :     CRIMINAL ACTION
      v.       :
      :     NO. 12-0367-01
DOROTHY JUNE BROWN     :

## O R D E R

**AND NOW**, this 5th day of September, 2014, upon consideration of

Defendant Dorothy June Brown's Motion For A Competency Hearing Pursuant to 18 U.S.C. §

4241(c) and the Government's Response thereto, it is **ORDERED** as follows:

1. Defendant's Motion is **GRANTED**.

2. Defendant shall submit to a psychiatric and mental competency evaluation by Dr.
   Pogos H. Voskanian, M.D.

3. Upon completion of the evaluation, Dr. Voskanian shall submit a report to the Court.

4. Upon completion of the evaluation, a competency hearing will be scheduled.

5. The trial scheduled for September 8, 2014 is continued.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.