IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 12-0367-01 |
| DOROTHY JUNE BROWN | : | |

# **O R D E R**

**AND NOW**, this  8th  day of  September , 2014, upon consideration of Defendant Dorothy June Brown's Motion For A Competency Hearing Pursuant to 18 U.S.C. § 4241(c), it is **ORDERED** that Defendant shall submit to a psychological evaluation and testing by Jeffrey Summerton Phd. Upon completion of the evaluation and testing Dr. Summerton shall submit a report to the Court.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**