IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| DOROTHY JUNE BROWN | : | NO. 12-367-01 |

**O R D E R**

**AND NOW**, this   9th   day of January, 2015, after a conference with Counsel, and with the agreement of Counsel, it is **ORDERED** that the hearing on Defendant's competency to stand trial will be held on Tuesday, January 27, 2015, Wednesday, January 28, 2015, and Thursday, January 29, 2015 at 10:00 a.m. Testimony will proceed as follows:

1. On January 27, 2015, the testimony of Dr. Barbara Malamut and Dr. Stephen Mechanick will be presented.

2. On January 28, 2015, the testimony of Dr. Pogos H. Voskanian and Dr. Jeffrey Summerton will be presented.

3. On January 29, 2015, the testimony of Dr. Christine Anthony will be presented.

**IT IS SO ORDERED.**

                              **BY THE COURT:**

                              **R. BARCLAY SURRICK, J.**