IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: January 12, 2015 |
| v. | : | |
| | : | |
| | | |
| DOROTHY JUNE BROWN | : | Criminal No. 12-367-01 |
| 513 Waldron Park Drive | | |
| Haverford, PA 19041-1929 | | |

## NOTICE

**TAKE NOTICE** that the above-entitled case has been set for **competency hearing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Tuesday, January 27, 2015, Wednesday, January 28, 2015, and Thursday, January 29, 2015 at 10:00 a.m.** before the Honorable R. Barclay Surrick. In Courtroom 8-A, 8th Floor.

ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.

Counsel shall file their Trial Memorandum, Sentencing Memorandum or Change of Plea Memorandum **three (3) business** days prior to the scheduled proceeding unless otherwise ordered by the Court. Please **fax** a copy of the memorandum to the undersigned.

Very truly yours,

*/s/Christina Franzese*
Deputy Clerk to Judge R. Barclay Surrick
267-299-7639 (Office)
267-299-7638 (Fax)
Notice to:
Defendant
Gregory Miller, Defense Counsel **(via email)**
Richard Haggerty, Jr., Defense Counsel **(via email)**
William McSwain, Defense Counsel **(via email)**
Todd Hutchison, Defense Counsel **(via email)**
Joan Burnes, A.U.S.A. **(via email)**
Frank Costello, A.U.S.A. **(via email)**
U.S. Marshal **(via email)**
Probation Office **(via email)**
Pretrial Services **(via email**
L. Bowman **(via email)**

**NO INTERPRETER REQUIRED**
**[] THIS PROCEEDING HAS BEEN RESCHEDULED FROM**